**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORA SALAMANCA, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation, and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05084-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED]** ORDER STAYING ALL PROCEEDINGS AND SETTING A POST-MEDIATION STATUS CONFERENCE<br><br>Hon. Jeffrey S. White<br>Oakland Courthouse<br>Courtroom 5 - 2nd Floor<br><br>Compl. Filed: Aug. 14, 2015 |

**[PROPOSED] ORDER**

Pursuant to the stipulation submitted to this Court by plaintiff Nora Salamanca ("Plaintiff") and defendant Sprint/United Management Company ("Defendant" or "Sprint") (collectively, the "Parties") on January 28, 2016, the Court, finding good cause therefor, hereby **ORDERS** as follows:

1. All proceedings in this case (including all obligations to respond to discovery, to exchange initial disclosures, or to make any other pretrial filing or exchange of information required under the Federal Rules of Civil Procedure or this Court's local rules) are hereby **STAYED** until further notice from the Court. The February 5, 2016 case management conference is VACATED.

2. A post-mediation status conference is hereby set for June 17, 2016 at 11:00 a.m. ~~2016~~. If the Parties settle some or all of this matter before that date, they shall promptly notify the Court. If the Parties' mediation efforts are unsuccessful, they shall submit an updated case management statement in advance of the post-mediation status conference, and no later than June 10, 2016. The post-mediation status conference statement shall advise the Court of the status of *Viet Bui v. Sprint Corporation, a Sprint Communications Company, L.P., et al*, No. 2:14-02461-TLN-AC (E.D. Cal.) ("*Bui*") and *Olivia Guilbaud v. Sprint Nextel Corporation et al.*, No. 3:13-cv-04357-VC (N.D. Cal.) ("*Guilbaud*"); make recommendations to the Court about whether to lift the stay; the timing, the form and requirement of initial disclosures, and the setting of a trial and pretrial schedule; and discuss any other matters required by the *Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement* (available on the Court's website).

**IT IS SO ORDERED.**

Dated: February 1, 2016

HON. JEFFREY S. WHITE
United States District Judge
Northern District of California

- 1 -
**[PROPOSED] ORDER STAYING ALL PROCEEDINGS
AND SETTING A POST-MEDIATION STATUS CONFERENCE**