# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA SALAMANCA, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas Corporation, and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 4:15-cv-05084-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER VACATING POST-MEDIATION STATUS CONFERENCE SET FOR AUGUST 12, 2016 AND INSTRUCTIONS TO PARTIES**<br>Hon. Jeffrey S. White<br>Oakland Courthouse<br>Courtroom 5 - 2nd Floor<br><br>Compl. Filed: Aug. 14, 2015 |

# [PROPOSED] ORDER

Pursuant to the Notice of Settlement submitted to this Court by plaintiff Nora Salamanca and defendant Sprint/United Management Company on August 2, 2016, the Court, finding good cause therefore, hereby **ORDERS** that the Post-Mediation Status Conference, currently set for August 12, 2016, shall be vacated.

In drafting their motion for preliminary approval of a class action settlement, the parties shall consider the Procedural Guidance for Class Action Settlements, which is available on the Court's webpage at https://cand.uscourts.gov/ClassActionSettlementGuidance.

IT IS SO ORDERED.

Dated: August 4, 2016

*Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Judge
Northern District of California