UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORA SALAMANCA,

        Plaintiff,

  v.

SPRINT/UNITED MANAGEMENT COMPANY,

        Defendant.

Case No. 15-cv-05084-JSW

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the terms of the Court's March 9, 2018 Order granting final approval to the proposed settlement in this action, the Court hereby ENTERS judgment, and this case is hereby dismissed with prejudice.

The Clerk of the Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 9, 2018

_____
JEFFREY S. WHITE
United States District Judge